Mable Harrison, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 26,133.

Action for damages for personal injuries caused by plaintiff being struck by defendants' street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March

term, 1920. Reversed with finding of fact. Opinion filed October 4, 1921.

Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and Robert J. Slater, of counsel. Jonas O. Hoover, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.